# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTIMMUNE, INC., VIPIN K. GARG, and MATTHEW SCOTT HARRIS,<br><br>Defendants. | No. 8:25-cv-02581-TDC<br><br><br>STIPULATION AND PROPOSED ORDER REGARDING SERVICE OF COMPLAINT AND TIME TO RESPOND TO COMPLAINT |

Defendants Altimmune, Inc., Vipin K. Garg, and Matthew Scott Harris (collectively, "Defendants") and Plaintiff Dave Collier ("Plaintiff," and together with Defendants, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the time within which Defendants must answer, move to dismiss, or otherwise respond to the complaint in this action. In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiff commenced this action by filing a complaint dated August 5, 2025 (the "Initial Complaint") (Dkt. No. 1) in the United States District Court for the District of Maryland;

WHEREAS, the Initial Complaint asserts claims on behalf of a putative class under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides for a specific process for the appointment of lead plaintiff and lead counsel to represent the putative class;

WHEREAS, the PSLRA provides that (i) not later than 20 days after the date on which the complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff

1

class, (ii) not later than 60 days after the date on which the plaintiff publishes that notice, any member of the purported class may move the Court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which plaintiff publishes the notice, the Court shall appoint a lead plaintiff for the putative class. *See* 15 U.S.C. § 77z-1(a)(3)(A)-(B); 15 U.S.C. § 78u-4(a)(3)(A)-(B);

WHEREAS, counsel for Plaintiff published a notice on August 8, 2025 that any member of the putative class has until October 6, 2025 to request that the Court appoint him or her to serve as lead plaintiff for the putative class;

WHEREAS, undersigned counsel for Defendants hereby accepts and waives service of the summons and Initial Complaint on behalf of each Defendant, subject to any defenses—other than as to the sufficiency of service of process—that any Defendant may subsequently assert, including any defenses as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved;

WHEREAS, the Parties agree that the filing of an answer, motion to dismiss, or other response to the Initial Complaint would be premature prior to the entry of an Order by the Court pursuant to the PSLRA appointing a lead plaintiff and lead counsel, and the filing of an Amended Complaint by the lead plaintiff (if any);

IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, as follows:

1.      Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Initial Complaint until after a lead plaintiff has been appointed and lead plaintiff has filed an amended complaint (if any);

2.      Within fourteen (14) days after the Court's entry of an Order appointing lead plaintiff, counsel for Defendants and counsel for lead plaintiff shall meet and confer regarding

scheduling and shall submit a stipulation for the Court's approval with the Parties' proposed schedule for the filing of an amended complaint (if any) and the filing of a motion to dismiss or other response to the amended complaint.

RESPECTFULLY SUBMITTED AND STIPULATED.

Dated: September 16, 2025

Motion: Grntel 10/3/25

_____
Theodore D. Chuang
United States District Judge

By: /s/ Jordan Cafritz
Jordan Cafritz (#20908)
1101 Vermont Avenue,
NW Suite 800
Washington, DC 20005
Tel.: (202) 524-4290
Fax: (212) 363-7171
Email: jcafritz@zlk.com

Adam M. Apton (*pro hac vice forthcoming*)
33 Whitehall Street,
27th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Plaintiff*

*signed by Matthew L. Riffee with permission of Plaintiff's counsel

By: /s/ Matthew L. Riffee
Matthew L. Riffee (D. Md. Bar No. 31116)
Goodwin Procter LLP
1900 N. Street, NW
Washington, DC 20036
Tel.: (202) 346-4177
Fax.: (202) 346-4444
MRiffee@goodwinlaw.com

Caroline H. Bullerjahn
*Pro hac vice application forthcoming*
Goodwin Procter LLP
100 Northern Avenue

3

Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231
cbullerjahn@goodwinlaw.com

*Attorneys for Defendants Altimmune, Inc., Vipin K. Garg, and Matthew Scott Harris*

**IT IS SO ORDERED.**