# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTIMMUNE, INC., VIPIN K. GARG, and MATTHEW SCOTT HARRIS,<br><br>Defendants. | Case No: 8:25-cv-02581-TDC<br><br><br>CLASS ACTION |

**NOTICE OF MOTION OF CONNOR MCCREERY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court of Maryland, Movant Connor McCreery ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto) granting: (1) appointment of Movant as the Lead Plaintiff for the Class; (2) approval of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel; (3) granting such other and further relief as the Court may deem just and proper (the "Motion").

In support of this Motion, Movant submits a Memorandum of Law and the Declaration of Phillip Kim filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

1

Movant is aware of Your Honor's Individual Rule II(A)(1) (as discussed in Your Honor's Case Management Order. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. As such, Movant respectfully requests that the pre-motion conference requirement be waived. The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: October 6, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Phillip Kim
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim