**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated, | Case No: 8:25-cv-02581-TDC |
| Plaintiff, | |
| v. | CLASS ACTION |
| ALTIMMUNE, INC., VIPIN K. GARG, and MATTHEW SCOTT HARRIS, | |
| Defendants. | |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF CONNOR MCCREERY**

**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF**

**COUNSEL**

I, Phillip Kim, declare:

1.      I am a partner at The Rosen Law Firm, P.A., proposed Lead Counsel for Movant Connor McCreery ("Movant"). I make this Declaration in support of the motion of Movant for: (1) appointment of Movant as the Lead Plaintiff for the Class; (2) approval of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel; and (3) granting such other and further relief as the Court may deem just and proper (the "Motion").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:      PSLRA early notice issued on  August 5, 2025;

Exhibit 2:      Movant's PSRLA Certification;

1

Exhibit 3:      Movant's Loss Chart;

Exhibit 4:      The Rosen Law Firm, P.A.'s firm resume; and

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing facts are true and correct.

Executed this 6th day of October, 2025.


/s/ Phillip Kim
Phillip Kim

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Phillip Kim</u>