# Exhibit 3

**Altimmune, Inc. Loss Chart**
**Class Period: August 10, 2023 through June 25, 2025, both dates inclusive**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $3.85 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Connor McCreery | 5/12/2025 | 474 | ($6.07) | ($2,877.18) | 6/23/2025 | 5 | $7 06 | $35.30 | | | | |
| | 6/16/2025 | 50 | ($6.95) | ($347 50) | 6/23/2025 | 135 | $6 95 | $938.25 | | | | |
| | 6/16/2025 | 830 | ($6.94) | ($5,760.20) | 6/23/2025 | 10 | $6 97 | $69.70 | | | | |
| | 6/18/2025 | 260 | ($6.86) | ($1,783.60) | | | | | | | | |
| | 6/18/2025 | 76 | ($6.86) | ($521 36) | | | | | | | | |
| | 6/18/2025 | 1300 | ($6.86) | ($8,918.00) | | | | | | | | |
| | 6/18/2025 | 9 | ($6.86) | ($61.74) | | | | | | | | |
| | 6/18/2025 | 670 | ($6.86) | ($4,596.20) | | | | | | | | |
| | 6/19/2025 | 125 | ($6.86) | ($857 50) | | | | | | | | |
| | 6/19/2025 | 1250 | ($6.86) | ($8,575.00) | | | | | | | | |
| | 6/19/2025 | 7 | ($6.86) | ($48.02) | | | | | | | | |
| | 6/19/2025 | 700 | ($6.86) | ($4,802.00) | | | | | | | | |
| | 6/20/2025 | 5 | ($6.79) | ($33.95) | | | | | | | | |
| | 6/20/2025 | 32 | ($6.77) | ($216.64) | | | | | | | | |
| | 6/20/2025 | 100 | ($6.77) | ($677 00) | | | | | | | | |
| | 6/20/2025 | 20 | ($6.76) | ($135 20) | | | | | | | | |
| | 6/20/2025 | 100 | ($6.79) | ($679 00) | | | | | | | | |
| | 6/20/2025 | 3 | ($6.86) | ($20.58) | | | | | | | | |
| | 6/23/2025 | 14 | ($6.99) | ($97.86) | | | | | | | | |
| | 6/23/2025 | 130 | ($6.97) | ($906.10) | | | | | | | | |
| | 6/23/2025 | 3 | ($6.90) | ($20.70) | | | | | | | | |
| | 6/23/2025 | 30 | ($6.96) | ($208 80) | | | | | | | | |
| | 6/23/2025 | 75 | ($6.94) | ($520 50) | | | | | | | | |
| | 6/23/2025 | 200 | ($6.88) | ($1,376.00) | | | | | | | | |
| | 6/23/2025 | 1350 | ($6.85) | ($9,247.50) | | | | | | | | |
| | | 7813 | | ($53,288.13) | | 150 | | $1,043.25 | 7663 | $29,509.45 | ($22,735.43) | |