**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| |
|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALTIMMUNE, INC., VIPIN K. GARG, and MATTHEW SCOTT HARRIS, <br><br> Defendants. |

Case No.: 8:25-cv-02581-TDC

Hon. Theodore D. Chuang

**NOTICE OF MOTION OF CARLOS RIOS FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United

States District Court for the District of Maryland, Movant Carlos Rios ("Movant") will respectfully

move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the

"Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation

Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff

on behalf of all investors who purchased or otherwise acquired Altimmune, Inc. ("Altimmune" or

the "Company") securities between August 10, 2023 and June 25, 2025, inclusive; (2) approving

Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead

Counsel for the putative class; and (3) granting such other and further relief as the Court may deem

just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Jordan A. Cafritz filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated Altimmune investors; (2) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: October 6, 2025

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Jordan A. Cafritz*
Jordan A. Cafritz (Bar #:20908)
1101 Vermont Ave., NW Suite 800
Washington, D.C. 20005
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: jcafritz@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Carlos Rios and*
*[Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Jordan A. Cafritz, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of October 2025.

/s/ Jordan A. Cafritz
Jordan A. Cafritz

3