**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

ALTIMMUNE, INC., VIPIN K. GARG, and MATTHEW SCOTT HARRIS,

      Defendants.

Case No.: 8:25-cv-02581-TDC

Hon. Theodore D. Chuang

**DECLARATION OF JORDAN A. CAFRITZ IN SUPPORT OF CARLOS RIOS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Jordan A. Cafritz, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a senior associate with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Carlos Rios ("Movant") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his purchases of Altimmune, Inc. ("Altimmune") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Altimmune securities;

**Exhibit C**:    Press Release published August 5, 2025, on *Globe Newswire,* announcing the pendency of the above-captioned securities class action against

defendants herein: *Collier v. Altimmune, Inc., et al.*, Case No. 8:25-cv-02581-TDC;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: October 6, 2025                                    Respectfully Submitted,


**LEVI & KORSINSKY, LLP**


By: */s/ Jordan A. Cafritz*
Jordan A. Cafritz (Bar #:20908)
1101 Vermont Ave., NW Suite 800
Washington, D.C. 20005
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: jcafritz@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Carlos Rios and*
*[Proposed] Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Jordan A. Cafritz, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of October 2025.

/s/ Jordan A. Cafritz
Jordan A. Cafritz