# EXHIBIT B

| Client Name | Carlos Rios |
|---|---|
| Company Name | Altimmune, Inc. |
| Ticker Symbol | ALT |
| Security Type | |
| Class Period Start | 8/10/2023 |
| Class Period End | 6/25/2025 |
| 90-DAY Lookback Period Start | 6/26/2025 |
| 90-DAY Lookback Period End | 9/24/2025 |
| 90-DAY Lookback Average | $ 03.85 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $79,449.72 |
| DURA LIFO* Total | $70,606.15 |
| Gross Shares Purchased | 63,900 |
| Net Shares Retained | 25,000 |
| Net Funds Expended | $177,672.48 |

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-04-2024 | 2200 | 7.7089 | $ 16,959.58 | | | | | | - | 2200 | 2200 | $ 03.85 | $ 8,472.10 | $ 8,487.48 | $ 8,487.48 |
| 06-04-2024 | 1600 | 7.78 | $ 12,448.00 | 08-07-2025 | | 1600 | $ 04.08 | | $ 6,528.00 | 1600 | - | $ 03.85 | | $ 5,920.00 | $ 5,920.00 |
| 06-04-2024 | 2800 | 7.78 | $ 21,784.00 | | | | | | - | 2800 | 2800 | $ 03.85 | $ 10,782.67 | $ 11,001.33 | $ 11,001.33 |
| 06-14-2024 | 2500 | 6.145 | $ 15,362.50 | 07-24-2025 | | 2500 | $ 04.23 | | $ 10,575.00 | 2500 | - | $ 03.85 | | $ 4,787.50 | $ 4,787.50 |
| 06-14-2024 | 900 | 6.145 | $ 5,530.50 | 08-07-2025 | | 900 | $ 04.08 | | $ 3,672.00 | 900 | - | $ 03.85 | | $ 1,858.50 | $ 1,858.50 |
| 06-24-2024 | 5000 | 7.73 | $ 38,650.00 | 07-07-2025 | | 5000 | $ 04.40 | | $ 22,003.00 | 5000 | - | $ 03.85 | | $ 16,647.00 | $ 16,647.00 |
| 09-13-2024 | 900 | 7.8298 | $ 7,046.82 | 03-14-2025 | 900 | | $ 05.61 | $ 5,050.62 | - | - | - | $ 03.85 | | $ 1,996.20 | |
| 09-13-2024 | 1100 | 7.8298 | $ 8,612.78 | 06-02-2025 | 1100 | | $ 05.19 | $ 5,709.11 | - | - | - | $ 03.85 | | $ 2,903.67 | |
| 10-08-2024 | 3000 | 6.2483 | $ 18,744.90 | 03-14-2025 | 3000 | | $ 05.61 | $ 16,835.40 | - | - | - | $ 03.85 | | $ 1,909.50 | |
| 10-09-2024 | 2000 | 6.0989 | $ 12,197.80 | 12-02-2024 | 2000 | | $ 08.66 | $ 17,310.00 | - | - | - | $ 03.85 | | -$ 5,112.20 | -$ 5,112.20 |
| 11-14-2024 | 3000 | 8.7383 | $ 26,214.90 | 11-14-2024 | 3000 | | $ 08.72 | $ 26,174.25 | - | - | - | $ 03.85 | | $ 40.65 | |
| 11-14-2024 | 23000 | 8.58998 | $ 197,569.54 | 11-14-2024 | 23000 | | $ 08.72 | $ 200,669.25 | - | - | - | $ 03.85 | | -$ 3,099.71 | -$ 3,099.71 |
| 05-08-2025 | 2900 | 5.86969 | $ 17,022.10 | 06-02-2025 | 2900 | | $ 05.19 | $ 15,051.29 | - | - | - | $ 03.85 | | $ 1,970.81 | |
| 06-04-2025 | 3000 | 5.4885 | $ 16,465.50 | 06-05-2025 | 3000 | | $ 05.48 | $ 16,442.76 | - | - | - | $ 03.85 | | $ 22.74 | |
| 06-09-2025 | 1000 | 5.7177 | $ 5,717.70 | 06-27-2025 | | 1000 | $ 03.62 | | $ 3,620.00 | 1000 | - | $ 03.85 | | $ 2,097.70 | $ 2,097.70 |
| 06-10-2025 | 500 | 6.159 | $ 3,079.50 | 06-27-2025 | | 500 | $ 03.62 | | $ 1,810.00 | 500 | - | $ 03.85 | | $ 1,269.50 | $ 1,269.50 |
| 06-10-2025 | 2000 | 6.15 | $ 12,300.00 | 06-27-2025 | | 2000 | $ 03.63 | | $ 7,260.00 | 2000 | - | $ 03.85 | | $ 5,040.00 | $ 5,040.00 |
| 06-10-2025 | 500 | 6.15 | $ 3,075.00 | 06-27-2025 | | 500 | $ 03.62 | | $ 1,810.00 | 500 | - | $ 03.85 | | $ 1,265.00 | $ 1,265.00 |
| 06-10-2025 | 1000 | 6.38798 | $ 6,387.98 | 06-27-2025 | | 1000 | $ 03.63 | | $ 3,630.00 | 1000 | - | $ 03.85 | | $ 2,757.98 | $ 2,757.98 |
| 06-13-2025 | 1000 | 7.2449 | $ 7,244.90 | 06-27-2025 | | 1000 | $ 03.63 | | $ 3,630.00 | 1000 | - | $ 03.85 | | $ 3,614.90 | $ 3,614.90 |
| 06-16-2025 | 1000 | 7.28975 | $ 7,289.75 | 06-27-2025 | | 1000 | $ 03.60 | | $ 3,600.00 | 1000 | - | $ 03.85 | | $ 3,689.75 | $ 3,689.75 |
| 06-16-2025 | 1000 | 7.28975 | $ 7,289.75 | 06-27-2025 | | 1000 | $ 03.63 | | $ 3,630.00 | 1000 | - | $ 03.85 | | $ 3,659.75 | $ 3,659.75 |
| 06-23-2025 | 700 | 6.928 | $ 4,849.60 | 06-27-2025 | | 700 | $ 03.60 | | $ 2,520.00 | 700 | - | $ 03.85 | | $ 2,329.60 | $ 2,329.60 |
| 06-24-2025 | 300 | 7.0072 | $ 2,102.16 | 06-27-2025 | | 300 | $ 03.60 | | $ 1,080.00 | 300 | - | $ 03.85 | | $ 1,022.16 | $ 1,022.16 |
| 06-25-2025 | 1000 | 6.9699 | $ 6,969.90 | 06-27-2025 | | 1000 | $ 03.60 | | $ 3,600.00 | 1000 | - | $ 03.85 | | $ 3,369.90 | $ 3,369.90 |
| Total: | 63,900 | | $480,915.16 | | 38,900 | 20000 | | $303,242.68 | $78,968 | 25,000 | 5,000 | | $19,254.76 | $79,449.72 | $70,606.15 |

Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.