**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTIMMUNE, INC. *et al.*,<br><br>Defendants. | Case No. 8:25-cv-02581-TDC |

**NOTICE OF MOTION OF THE CAO-WU FAMILY AND THOMAS RAINWATER FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of their motion filed herewith, Yiming Cao ("Cao"), Yaping Wu ("Wu" and, together with Cao, the "Cao-Wu Family"), and Thomas Rainwater ("Rainwater") hereby move this Court, the Honorable Theodore D. Chuang, United States District Court, District of Maryland, 6500 Cherrywood Lane, Suite 245, Greenbelt, Maryland 20770, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing the Cao-Wu Family and Rainwater as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Altimmune, Inc. securities between August 10, 2023 and June 25, 2025, inclusive; and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class (the "Lead Plaintiff Motion").

The Cao-Wu Family and Rainwater are aware of Rule II.A. of the Case Management Order of the Honorable Theodore D. Chuang (the "Case Management Order") (Dkt. No. 2), which provides, *inter alia*, that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court[,]" that "[i]f a party intends to file a motion, it must first file a Notice of Intent to File a Motion ('Notice')," which "shall state whether the parties have met and conferred to discuss whether the matter at issue can be resolved without a motion[,]" and that, "[u]pon receipt of a Notice, the Court promptly will schedule a telephonic Pre-Motion Conference with all parties." Here, pursuant to the PSLRA, the statutory deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is October 6, 2025, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  The Cao-Wu Family and

Rainwater will thus not know the identities of all other putative Class members who intend to file competing Lead Plaintiff motions until the deadline has passed, making conferral with all opposing parties prior to the filing of the Lead Plaintiff Motion impracticable.  Under these circumstances, the Cao-Wu Family and Rainwater respectfully request that compliance with Rule II.A. of the Case Management Order be waived in this instance.  Alternatively, the Cao-Wu Family and Rainwater respectfully submit that the 60-day PSLRA deadline falls within the circumstances contemplated in the preamble to the Case Management Order, which states that the Case Management Order "does not, and is not intended to, modify or abridge any substantive rights of any litigant."

Dated:  October 6, 2025

Respectfully submitted,

*/s/ Daniel S. Sommers*
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &
   TOLL PLLC**
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Counsel for Co-Lead Plaintiff Movants the Cao-Wu Family and Thomas Rainwater and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman*
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants the Cao-Wu Family and Thomas Rainwater and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein*
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiff Movant the Cao-Wu Family*

\**Pro hac vice* applications forthcoming

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by the Court's

CM/ECF system on counsel of record on this 6th day of October, 2025.

Dated:  October 6, 2025

*/s/ Daniel S. Sommers*
Daniel S. Sommers (Md. Bar No. 15822)

4