Case 8:25-cv-02581-TDC   Document 14-2   Filed 10/06/25   Page 1 of 3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

|  |  |
|---|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ALTIMMUNE, INC. *et al.*,<br><br>        Defendants. | Case No. 8:25-cv-02581-TDC |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE CAO-WU FAMILY AND THOMAS RAINWATER FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Yiming Cao ("Cao"), Yaping Wu ("Wu" and, together with Cao, the "Cao-Wu Family"), and Thomas Rainwater ("Rainwater"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Cao-Wu Family's and Rainwater's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class in the Action.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1: Chart setting forth the Cao-Wu Family's and Rainwater's financial interest in this litigation;

Exhibit 2: Press release published via *Globe Newswire* on August 5, 2025, announcing the pendency of the Action;

Exhibit 3: Shareholder Certifications executed by the members of the Cao-Wu Family and Rainwater;

Exhibit 4: Joint Declaration executed by the members of the Cao-Wu Family and Rainwater; and

Exhibit 5: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 6, 2025.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by the Court's

CM/ECF system on counsel of record on this 6th day of October, 2025.

Dated:  October 6, 2025

/s/ Daniel S. Sommers
Daniel S. Sommers (Md. Bar No. 15822)