**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DAVE COLLIER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTIMMUNE, INC. *et al.*,<br><br>    Defendants. | Case No. 8:25-cv-02581-TDC |

**INDEX OF EXHIBITS IN SUPPORT OF MOTION OF THE CAO-WU FAMILY AND THOMAS RAINWATER FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

| Exhibit | Description | Cross Reference to Memorandum |
|:---:|---|:---:|
| 1 | Chart setting forth the Cao-Wu Family's and Thomas Rainwater's financial interest in this litigation. | 1, 6 |
| 2 | Press release published via *Globe Newswire* on August 5, 2025, announcing the pendency of the above-captioned action. | 5 |
| 3 | Shareholder Certifications executed by the members of the Cao-Wu Family and Thomas Rainwater. | 5, 8 |
| 4 | Joint Declaration executed by the members of the Cao-Wu Family and Thomas Rainwater. | 9 |
| 5 | Firm resume of Pomerantz LLP. | 11-12 |