# EXHIBIT 1

J.R.000001

**Altimmune, Inc. (ALT)**
**Class Period: August 10, 2023 to June 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.8498 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Thomas Rainwater | | 9,602 | | ($60,826) | | (9,602) | | $34,663 | 9,602 | 0 | $0 | ($26,163) |
| Yiming Cao, Account 1 | | 4,300 | | ($27,837) | | 0 | | $0 | 4,300 | 4,300 | $16,554 | ($11,283) |
| Yiming Cao, Account 2 | | 1,000 | | ($5,450) | | (1,000) | | $5,720 | 0 | 0 | $0 | $270 |
| Yaping Wu, Account 1 | | 4,880 | | ($30,686) | | (4,880) | | $20,729 | 3,880 | 0 | $0 | ($9,957) |
| Yaping Wu, Account 2 | | 1,064 | | ($7,282) | | (1,064) | | $3,783 | 1,064 | 0 | $0 | ($3,500) |
| Yaping Wu, Account 3 | | 5,433 | | ($31,799) | | (5,433) | | $23,454 | 4,303 | 0 | $0 | ($8,345) |
| Yaping Wu, Account 4 | | 4,868 | | ($29,100) | | (4,868) | | $19,571 | 4,868 | 0 | $0 | ($9,529) |
| Yiming Cao and Yaping Wu, Joint Account | | 5,433 | | ($33,937) | | (5,433) | | $21,842 | 5,433 | 0 | $0 | ($12,095) |
| **Thomas Rainwater; Yiming Cao; Yaping Wu** | | **36,580** | | **($226,918)** | | **(32,280)** | | **$129,763** | **33,450** | **4,300** | **$16,554** | **($80,602)** |
| | | | | | | | | | | | | |
| Thomas Rainwater | 11/11/2024 | 300 | $7.0860 | ($2,126) | 6/26/2025 | (9,602) | $3.6100 | $34,663 | | | | |
| Thomas Rainwater | 11/13/2024 | 300 | $10.1880 | ($3,056) | | | | | | | | |
| Thomas Rainwater | 12/2/2024 | 4 | $8.6400 | ($35) | | | | | | | | |
| Thomas Rainwater | 12/2/2024 | 896 | $8.6460 | ($7,747) | | | | | | | | |
| Thomas Rainwater | 12/19/2024 | 300 | $8.2459 | ($2,474) | | | | | | | | |
| Thomas Rainwater | 1/16/2025 | 1,000 | $6.7662 | ($6,766) | | | | | | | | |
| Thomas Rainwater | 2/3/2025 | 300 | $6.3858 | ($1,916) | | | | | | | | |
| Thomas Rainwater | 2/18/2025 | 400 | $6.6458 | ($2,658) | | | | | | | | |
| Thomas Rainwater | 2/28/2025 | 1,000 | $6.4958 | ($6,496) | | | | | | | | |
| Thomas Rainwater | 3/4/2025 | 500 | $5.9358 | ($2,968) | | | | | | | | |
| Thomas Rainwater | 4/11/2025 | 1,000 | $4.3658 | ($4,366) | | | | | | | | |
| Thomas Rainwater | 4/30/2025 | 2,602 | $5.2361 | ($13,624) | | | | | | | | |
| Thomas Rainwater | 6/11/2025 | 1,000 | $6.5950 | ($6,595) | | | | | | | | |
| **Thomas Rainwater** | | **9,602** | | **($60,826)** | | **(9,602)** | | **$34,663** | **9,602** | **0** | **$0** | **($26,163)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Yiming Cao | 5/13/2025 | 1,000 | $5.5300 | ($5,530) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |

*Avg Closing Prices from June 26, 2025 to September 23, 2025

J.R.000002

**Altimmune, Inc. (ALT)**
**Class Period: August 10, 2023 to June 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.8498 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/10/2025 | 100 | $6.4200 | ($642) | | | | | | | | |
| Yiming Cao | 6/13/2025 | 500 | $6.7700 | ($3,385) | | | | | | | | |
| Yiming Cao | 6/13/2025 | 500 | $6.9800 | ($3,490) | | | | | | | | |
| Yiming Cao | 6/13/2025 | 700 | $7.1200 | ($4,984) | | | | | | | | |
| Yiming Cao | 6/18/2025 | 300 | $6.6400 | ($1,992) | | | | | | | | |
| Yiming Cao | 6/18/2025 | 500 | $6.6400 | ($3,320) | | | | | | | | |
| **Yiming Cao** | | **4,300** | | **($27,837)** | | **0** | | **$0** | **4,300** | **4,300** | **$16,554** | **($11,283)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| Yiming Cao | 6/5/2025 | 256 | $5.4499 | ($1,395) | 6/9/2025 | (1,000) | $5.7200 | $5,720 | | | | |
| Yiming Cao | 6/5/2025 | 744 | $5.4499 | ($4,055) | | | | | | | | |
| **Yiming Cao** | | **1,000** | | **($5,450)** | | **(1,000)** | | **$5,720** | **0** | **0** | **$0** | **$270** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Yaping Wu | 6/9/2025 | 920 | $5.7200 | ($5,262) | 6/17/2025 | (1,000) | $6.8000 | $6,800 | | | | |
| Yaping Wu | 6/9/2025 | 900 | $5.6700 | ($5,103) | 6/27/2025 | (3,880) | $3.5900 | $13,929 | | | | |
| Yaping Wu | 6/9/2025 | 500 | $5.7200 | ($2,860) | | | | | | | | |
| Yaping Wu | 6/9/2025 | 100 | $5.7200 | ($572) | | | | | | | | |
| Yaping Wu | 6/10/2025 | 310 | $6.3900 | ($1,981) | | | | | | | | |
| Yaping Wu | 6/10/2025 | 245 | $6.4000 | ($1,568) | | | | | | | | |
| Yaping Wu | 6/10/2025 | 105 | $6.3900 | ($671) | | | | | | | | |
| Yaping Wu | 6/11/2025 | 800 | $6.8300 | ($5,464) | | | | | | | | |
| Yaping Wu | 6/13/2025 | 500 | $7.1900 | ($3,595) | | | | | | | | |
| Yaping Wu | 6/13/2025 | 500 | $7.2200 | ($3,610) | | | | | | | | |
| **Yaping Wu** | | **4,880** | | **($30,686)** | | **(4,880)** | | **$20,729** | **3,880** | **0** | **0** | **($9,957)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| Yaping Wu | 6/13/2025 | 558 | $6.8300 | ($3,811) | 6/27/2025 | (1,064) | $3.5550 | $3,783 | | | | |
| Yaping Wu | 6/13/2025 | 506 | $6.8600 | ($3,471) | | | | | | | | |
| **Yaping Wu** | | **1,064** | | **($7,282)** | | **(1,064)** | | **$3,783** | **1,064** | **0** | **0** | **($3,500)** |

*Avg Closing Prices from June 26, 2025 to September 23, 2025

J.R.000003

**Altimmune, Inc. (ALT)**
**Class Period: August 10, 2023 to June 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.8498 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 3** | | | | | | | | | | | | |
| Yaping Wu | 5/23/2025 | 30 | $5.6750 | ($170) | 5/28/2025 | (1,130) | $5.4914 | $6,205 | | | | |
| Yaping Wu | 5/23/2025 | 500 | $5.6798 | ($2,840) | 6/26/2025 | (1,000) | $3.9700 | $3,970 | | | | |
| Yaping Wu | 5/23/2025 | 500 | $5.6750 | ($2,838) | 8/11/2025 | (82) | $4.0203 | $330 | | | | |
| Yaping Wu | 5/23/2025 | 100 | $5.6697 | ($567) | 8/11/2025 | (3,221) | $4.0203 | $12,949 | | | | |
| Yaping Wu | 6/6/2025 | 3 | $5.6500 | ($17) | | | | | | | | |
| Yaping Wu | 6/6/2025 | 1,000 | $5.6500 | ($5,650) | | | | | | | | |
| Yaping Wu | 6/9/2025 | 1,000 | $5.7099 | ($5,710) | | | | | | | | |
| Yaping Wu | 6/9/2025 | 500 | $5.6750 | ($2,837) | | | | | | | | |
| Yaping Wu | 6/9/2025 | 1,000 | $5.6894 | ($5,689) | | | | | | | | |
| Yaping Wu | 6/11/2025 | 100 | $6.8600 | ($686) | | | | | | | | |
| Yaping Wu | 6/12/2025 | 100 | $7.1098 | ($711) | | | | | | | | |
| Yaping Wu | 6/16/2025 | 300 | $6.9550 | ($2,087) | | | | | | | | |
| Yaping Wu | 6/18/2025 | 300 | $6.6580 | ($1,997) | | | | | | | | |
| **Yaping Wu** | | **5,433** | | **($31,799)** | | **(5,433)** | | **$23,454** | **4,303** | **0** | **$0** | **($8,345)** |
| **Account 4** | | | | | | | | | | | | |
| Yaping Wu | 5/16/2025 | 1,000 | $5.6400 | ($5,640) | 8/11/2025 | (4,868) | $4.0203 | $19,571 | | | | |
| Yaping Wu | 5/16/2025 | 60 | $5.6400 | ($338) | | | | | | | | |
| Yaping Wu | 5/16/2025 | 1,000 | $5.6400 | ($5,640) | | | | | | | | |
| Yaping Wu | 5/16/2025 | 600 | $5.6400 | ($3,384) | | | | | | | | |
| Yaping Wu | 5/23/2025 | 600 | $5.7400 | ($3,444) | | | | | | | | |
| Yaping Wu | 5/30/2025 | 458 | $5.4400 | ($2,492) | | | | | | | | |
| Yaping Wu | 6/13/2025 | 838 | $7.1300 | ($5,975) | | | | | | | | |
| Yaping Wu | 6/16/2025 | 312 | $7.0100 | ($2,187) | | | | | | | | |
| **Yaping Wu** | | **4,868** | | **($29,100)** | | **(4,868)** | | **$19,571** | **4,868** | **0** | **$0** | **($9,529)** |
| **Joint Account** | | | | | | | | | | | | |
| Yiming Cao and Yaping Wu | 5/13/2025 | 900 | $5.7500 | ($5,175) | 8/11/2025 | (5,433) | $4.0203 | $21,842 | | | | |
| Yiming Cao and Yaping Wu | 5/16/2025 | 1,000 | $5.6400 | ($5,640) | | | | | | | | |
| Yiming Cao and Yaping Wu | 5/23/2025 | 900 | $5.7400 | ($5,166) | | | | | | | | |
| Yiming Cao and Yaping Wu | 5/30/2025 | 457 | $5.4500 | ($2,491) | | | | | | | | |
| Yiming Cao and Yaping Wu | 6/13/2025 | 280 | $7.1200 | ($1,994) | | | | | | | | |
| Yiming Cao and Yaping Wu | 6/13/2025 | 1,250 | $7.1600 | ($8,950) | | | | | | | | |

*Avg Closing Prices from June 26, 2025 to September 23, 2025

J.R.000004

**Altimmune, Inc. (ALT)**
**Class Period: August 10, 2023 to June 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.8498 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yiming Cao and Yaping Wu | 6/16/2025 | 646 | $7.0000 | ($4,522) | | | | | | | | |
| **Yiming Cao and Yaping Wu** | | **5,433** | | **($33,937)** | | **(5,433)** | | **$21,842** | **5,433** | **0** | **$0** | **($12,095)** |

*Avg Closing Prices from June 26, 2025 to September 23, 2025

J.R.000005