# EXHIBIT 2

J.R.000006



**Source:** *Levi & Korsinsky, LLP*

*August 05, 2025 19:06 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Altimmune, Inc. Securities and Sets a Lead Plaintiff Deadline of October 6, 2025

NEW YORK, Aug. 05, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Altimmune, Inc. ("Altimmune" or the "Company") (NASDAQ: ALT) <u>between August 10, 2023 and June 25, 2025, both dates inclusive. You are hereby noti ed</u>** that the class action lawsuit *Dave Collier v. Altimmune, Inc., et al.* (Case No. 8:25-cv-02581) has been commenced in the United States District Court for the District of Maryland. To get more information **go to:**

[https://zlk.com/pslra-1/altimmune-inc-lawsuit-submission-form-2](https://zlk.com/pslra-1/altimmune-inc-lawsuit-submission-form-2)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

J.R.000007

According to the complaint, on June 26, 2025, Altimmune published a press release announcing topline results from the IMPACT Phase 2b MASH trial of Pemvidutide in the Treatment of MASH. While defendants had continuously provided inflated expectations ahead of these results, the

analysis showed a pointed failure by the Company to achieve statistical significance in its analysis of the fibrosis reduction primary endpoint in its IMPACT Phase 2b MASH trial. In particular, while a positive trend in fibrosis improvement was observed, statistical significance was not met due to a higher-than-expected placebo response. When questioned about this concerning miss, defendants answered indifferently, attributing this result to the Phase 2 nature of the trial and stated that Altimmune was hoping for better results following the Phase 3 trial.

Following this news, the price of Altimmune's common stock declined dramatically. From a closing market price of $7.71 per share on June 25, 2025, Altimmune's stock price fell to $3.61 per share on June 26, 2025, a decline of 53.2% in the span of just a single day.

**If you suffered a loss in ALT securities, you have until October 6, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

J.R.000008