# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

YIMING WU, YAPING WU, THOMAS
RAINWATER, and CARLOS RIOS,
*individually and on behalf of all others
similarly situated,*

        Plaintiffs,

    v.

ALTIMMUNE, INC., VIPIN K. GARG, and
MATTHEW S. HARRIS,

        Defendants.

Civil Action No. 25-2581-TDC

## ORDER

Plaintiffs Yiming Wu, Yaping Wu, Thomas Rainwater, and Carlos Rios have filed a Notice

of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  ECF No. 29.  The Court

having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITHOUT

PREJUDICE.

The Clerk is directed to close this case.

Date:  November 26, 2025

THEODORE D. CHUANG
United States District Judge